```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY

-----------------------------X
ORTHOPAEDIC ASSOCIATES, a/s/o
R.P.,

        Plaintiff,                  2:12-cv-6826WJM

v.
                                    ORDER OF DISMISSAL
AETNA, et al

        Defendants.
-----------------------------X
```

The parties having notified the Court that the above action has been settled,

It is on this 28th day of March, 2013

ORDERED that this matter be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.


                                    s/William J. Martini
                                    _____
                                    WILLIAM J. MARTINI, U.S.D.J.