

Paul D. Kelly, EsquirePKelly@kwclawyers.com
ALSO ADMITTED IN PENNSYLVANIA

April 23, 2013

**Via Electronic Filing Only**
Clerk, United States District Court
for the District of New Jersey
Martin Luther King Building
& US Courthouse
50 Walnut Street
Newark, NJ 07101

Re:Orthopedic Associates, on assignment of R.P. v. Aetna, et al.
Civil Action No.:  2:12-cv-06826-WJM-MF

Dear Sir/Madam:

In furtherance of the settlement achieved in the above-captioned matter, Plaintiff's counsel and I are submitting a signed Stipulation and Order of Dismissal for consideration by the Court.  If it meets with the Court's approval, it is requested it be presented to the Judge for execution and posting.

I thank you.

Very truly yours,

CRAIG, ANNIN & BAXTER, LLP

Paul D. Kelly

PDK/kw
Attachment
cc:Andrew R. Bronsnick, Esquire (Via First-Class Mail)
Elizabeth C. Petrozelli, Paralegal (Via E-Mail Only)