IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Orthopedic Associates on assignment of R.P.,<br><br>                    Plaintiffs,<br><br>v.<br><br>Aetna;; ABC Corp (1-10 (Said names being fictitious and unknown entities),<br><br>                    Defendants. | CIVIL ACTION NO: 2:12-cv-06826-WJM-MF |

**STIPULATION AND ORDER OF DISMISSAL**

    Plaintiff hereby stipulates the dismissal of the Complaint with prejudice in connection with this matter.

CRAIG, ANNIN & BAXTER, LLP          MASSOOD & BRONSNICK, LLC

_____          _____
Paul D. Kelly, Esquire                       Andrew Bronsnick, Esquire
*Attorney for Defendant*                   *Attorney for Plaintiff*

Dated: April 10, 2013                      Dated: April 10, 2013

    The Court having been advised of the resolution of the above-captioned matter and the parties' desire to dismiss the entirety of this matter and for good cause shown it is on this 26 day of April, 2013, ORDERED that this matter is **DISMISSED** with prejudice.

_____
, USDJ